UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
DELTA LEVEL LLC d/b/a DELTA LEVEL
DEFENSE, and RYAN GISOLFI,

                                Plaintiffs,        24 Civ.2:24-cv-03641 (JMA)(SIL)

-against-

SUFFOLK COUNTY, New York,           **STIPULATION OF**
TIMOTHY SINI, Individually, BETH          **DISMISSAL**
CREIGHTON, Individually, NICHOLAS     **Fed.R.Civ.P. 41(a)(1)(A)(ii)**
MAURO, Individually, MARY SKIBER,
Individually, NICHOLAS LORUSSO,
Individually,

                                Defendants.
-------------------------------------------------------x

IT IS AGREED TO by and between the undersigned counsel for the parties that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice;

IT IS FURTHER AGREED that all parties shall bear their own costs, fees and expenses.

Dated: November 14, 2025

| THE BELLANTONI LAW FIRM | SUFFOLK COUNTY ATTORNEY<br>CHRISTOPHER J. CLAYTON |
|---|---|
| By: *Amy L. Bellantoni*<br>Amy L. Bellantoni<br>*Attorneys for Plaintiffs* | By: *[signature]*<br>Arlene S. Zwilling<br>*Attorneys for Defendants*<br>Suffolk County, Nicholas<br>LoRusso and Mary Skiber |
| 2 Overhill Road, Suite 400<br>Scarsdale, New York 10583<br>abell@bellantoni-law.com | H. Lee Dennison Bldg.<br>Hauppauge, New York 11788<br>arlene.zwilling@suffolkcountyny.gov |